IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RONALD D. LEONARD,

    **Plaintiff,**

vs.

JASON L. PHILLIPS,

    **Defendant.**

Case No. 2:20-cv-613

Judge Michael H. Watson

Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

Plaintiff has requested that the Court attempt to serve Defendant Jason L. Phillips at a new address. (ECF No. 5.) Plaintiff's request for service is **GRANTED**. The United States Marshal is **DIRECTED** to serve by certified mail upon Defendant a summons, a copy of the Complaint, and a copy of the Court's Order granting Plaintiff's Motion for Leave to Proceed in forma pauperis (ECF No. 2) at the following address:

    Jason L. Phillips
    329 Mary Pl.
    Ashville, Ohio 43103

**IT IS SO ORDERED.**

**DATED: March 4, 2020**

    /s/ *Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **CHIEF UNITED STATES MAGISTRATE JUDGE**