UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ronald D. Leonard,

    Plaintiff,

v.

Jason L. Phillips,

    Defendant.

Case No. 2:20-cv-613

Judge Michael H. Watson

Magistrate Judge Deavers

## OPINION AND ORDER

Plaintiff is in the process of retaining new counsel, who will undoubtably need time to prepare for trial. Accordingly, the September 12, 2022 trial date, the August 24, 2022 final pretrial conference, and all other pretrial deadlines are **VACATED**. Defendant's motion to continue the final pretrial conference, ECF No. 70, is **DENIED AS MOOT**.

The Court will set a new trial schedule once Plaintiff has retained new counsel. Plaintiff is **ORDERED** to update the court on his efforts to retain new counsel in **twenty-one days**, and every twenty-one days thereafter.

The Clerk is **DIRECTED** to terminate ECF No. 70.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT